RECEIVED
CHARLOTTE, N.C.
JUL 12 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
CHARLOTTE, N.C.
JUL 25 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05MJ200 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | OF COMPLAINT |
| JESSE JAMES SMITH | ) | |

Leave of Court is hereby granted for the dismissal of the criminal complaint (as it pertains to **JESSE JAMES SMITH** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

This 25th day of July, 2005.

Carl Horn, III
UNITED STATES MAGISTRATE JUDGE